

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00475-CV

Tiffany Marie **MARTINEZ**,
Appellant

v.

Yolanda **NORIEGA**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV05929
Honorable David J. Rodriguez, Judge Presiding

PER CURIAM

Sitting:   Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: February 25, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on January 5, 2026.  On January 30, 2026, we ordered appellant to file her brief and to show cause in writing by February 9, 2026, why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).  Appellant did not respond to this court's order, and, to date, appellant has not filed a brief.  Because appellant failed to timely file a brief in this appeal, this appeal is dismissed for want of prosecution.  *See id.*

PER CURIAM